# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Kevin D. Holtman<br>Attorney at Law, Bar No. 11603 | Case No. 2:21-ms-00126<br>ORDER OF SUSPENSION |

On October 4, 2021, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to sender- Unable to forward." (ECF No. 3.) Regardless, the OSC provided Mr. Holtman with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. (ECF No. 1.) No response has been received from Mr. Holtman. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Kevin D. Holtman, Bar No. 11603, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 16th Day of November 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 16th day of November 2021, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

>Kevin D. Holtman
>P.O. Box 371929
>Las Vegas, NV 89137

Certified Mail No.: 7021 0950 0001 6737 2536

>/s/ Lorena Q.
>Deputy Clerk
>United States District Court,
>District of Nevada